UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOODWARD AVENUE PROTESTANT
CHURCH OF CHRIST, a Michigan Domestic
Non-Profit Corporation,

                Plaintiff,

v.                                                    Case No. 09-cv-12178

                                                    Paul D. Borman
                                                    United States District Judge

STATE FARM FIRE AND CASUALTY
COMPANY, an Illinois Corporation,

                Defendant.
_____/

ORDER TO PAY DEFENDANT'S COSTS AND PERMITTING FILING OF REPLY BRIEF

On April 28, 2010, the Court held a hearing on Defendant's Motion for Summary Judgment (Dkt. No. 18). Plaintiff's counsel failed to file a timely response to Defendant's motion which was due on March 26, 2010. Indeed, Plaintiff did not file a response until after the time set for the hearing, to which he arrived 30 minutes late. This vexatious and delinquent conduct by Plaintiff's counsel, where he came in late and provided defense counsel and the Court with his pleading, rendered the hearing a non-event.

Accordingly, pursuant to 28 U.S.C. § 1927, the Court ORDERS Plaintiff's counsel to pay Defendant's counsel's costs for the two hours associated with attending the hearing on April 28, 2010, and further ORDERS that Defendant shall have 10 days within in which to file a 5-page reply

1

to Plaintiff's untimely-filed response.

IT IS SO ORDERED.

                                                  S/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 30, 2010

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 30, 2010.

                                                  S/Denise Goodine
                                                  Case Manager